1   Cliff Palefsky, Esq. (State Bar No. 77683)
    Carolyn Leary (State Bar No. 226845)
2   McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
3   San Francisco, CA  94133
    Telephone:  (415) 421-9292
4

5   Attorneys for Plaintiff,
    TAYLER BAYER
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12
    TAYLER BAYER,                    )    Case No. C 08-00480 EMC
13                                   )         e-filing
                   Plaintiff,        )
14                                   )    CERTIFICATION OF INTERESTED
15  v.                               )    ENTITIES OR PERSONS
                                     )
16  NEIMAN MARCUS HOLDINGS, INC.,    )
                                     )
17                 Defendant.        )
                                     )
18                                   )
                                     )
19  _____ )

20

21         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

22  than the named parties, there is no such interest to report.

23

24

25  DATED:      January 29, 2008          McGUINN, HILLSMAN & PALEFSKY
                                          Attorneys for Plaintiff
26

27                                        By: _____
                                                  Cliff Palefsky
28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Certification of Interested Entities or Parties                                    1