| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MCGUINN, HILLSMAN & PALEFSKY<br>A PROFESSIONAL CORPORATION<br>CLIFF PALEFSKY, ESQ. - SBN # 77683<br>535 PACIFIC AVENUE<br>SAN FRANCISCO, CA 94133 | (415) 421-9292<br><br>REFERENCE NUMBER<br>000J5635-01 | |
| ATTORNEY FOR (NAME)  TAYLER BAYER | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
TAYLER BAYER vs. NEIMAN MARCUS HOLDINGS, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C080480 |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** NEIMAN MARCUS HOLDINGS, INC.

**Person Served:** MARGARET WILSON, CT CORP
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 01/28/08
**Time of Delivery:** 01:00 pm

**Place of Service:** 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017            (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**Fee for service:** $ 81.13

| | | | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|---|---|
| [X] | Registered: LOS ANGELES County, | | on: January 30, 2008 |
| | Number: 5403 | | at: VENTURA , California. |

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728      Client File # BAYER V NEIMAN MARCUS HOLDINGS
559-233-1475
302/000J5635-01          PROOF OF SERVICE

Name: KEN MELENDEZ
Title: CALIFORNIA REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #: C080480   CASE NAME: BAYER V. NEIMAN MARCUS HOLDINGS, INC.

- SUMMONS IN A CIVIL CASE
- COMPLAINT FOR DISABILITY DISCRIMINATION AND RETALIATION
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN (8/9/07)

J5635