1
2
3
4
5
6                UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
8
9  TAYLER BAYER                    No. C 08-00480 EMC
10        Plaintiff(s),             **CONSENT TO PROCEED BEFORE A**
                                    **UNITED STATES MAGISTRATE JUDGE**
11     v.
   NEIMAN MARCUS HOLDINGS, INC.
12
13        Defendant(s).
                                        /
14
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 14, 2008

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")

PROOF OF SERVICE

CASE NAME:     *Bayer v. Neiman Marcus Holdings, Inc.*
CASE NO.:      C 08-00480 EMC
COURT:         U.S. District Court, Northern Division of California

I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 535 Pacific Avenue, San Francisco, California 94133. On the date last written below, I served the following documents:

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A)     By First Class Mail - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U. S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

(B)     By Personal Service - I caused each such envelope to be delivered to a courier employed by Special T Delivery Service, with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee.

(C)     By Federal Express - I caused each such envelope to be delivered to the Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day.

(D)     By Facsimile - I caused a copy of this document to be faxed to the parties noted at the fax numbers stated below. Attached hereto is a verification of reception.

| Type of Service | Addressee | Party |
|---|---|---|
| A | Denis F. Shanagher<br>Luce Forward<br>121 Spear Street, Suite 200<br>San Francisco, CA  94105-1582 | Defendant |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2008, at San Francisco, California.

Teresa McLoughlin

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292