```
 1  Denis F. Shanagher, State Bar No. 100222
    William L. Marchant, State Bar No. 154445
 2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    Rincon Center II, 121 Spear Street, Suite 200
 3  San Francisco, California 94105-1582
    Telephone No.: 415.356.4600
 4  Fax No.: 415.356.4610
    E-Mail:    dshanagher@luce.com
 5             wmarchant@luce.com

 6  Attorneys for Neiman Marcus Holdings, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAYLOR BAYER, | Case No. CV 00480 EMC |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE** |
| v. | |
| NEIMAN MARCUS HOLDINGS, INC., | |
| Defendant. | |

**REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 20, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: _____/s/ William A. Marchant_____
       William A. Marchant
       Attorneys for Neiman Marcus Holdings, Inc.

301031152.1

1

Case No. CV 00480 EMC
DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO UNITED STATES
DISTRICT JUDGE