1  Ben C. Broocks,
   Texas State Bar No. 03058800
2  JACKSON WALKER LLP
   Mark L. Walters, State Bar No. 160232
3  100 Congress Avenue, Suite 1100
   Austin, Texas 78701
4  Telephone No.: 512.236.2000
   Fax No.: 512.236.2002
5  E-Mail:  bbrooks@jw.com
            mwalters@jw.com
6

7  Denis F. Shanagher, State Bar No. 100222
   William L. Marchant, State Bar No. 154445
8  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
9  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
10 Fax No.: 415.356.4610
   E-Mail:  dshanagher@luce.com
11          wmarchant@luce.com

12 Attorneys for Defendant Neiman Marcus Holdings, Inc.

13

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17 | TAYLOR BAYER,                        | Case No. C 08-00480 EMC
18 |     Plaintiff,                       | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**
19 | v.
20 | NEIMAN MARCUS HOLDINGS, INC.,
21 |     Defendant.

22
23
24
25
26
27
28

Pursuant to Local Rule 6-1(a), plaintiff Tayler Bayer hereby stipulates and agrees that the time of defendant Neiman Marcus Holdings, Inc. to respond to the Complaint on file herein shall be extended through and including March 21, 2008.

Dated: February 26, 2008         MCGUINN, HILLSMAN & PALEFSKY

By: /s/
Cliff Palefsky
Attorneys for Plaintiff Tayler Bayer

Dated: February 26, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/
Denis F. Shanagher
Attorneys for Defendant Neiman Marcus Holdings, Inc.

301031928.1