LAW OFFICES OF
# McGUINN, HILLSMAN & PALEFSKY
A PROFESSIONAL CORPORATION
535 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
TELEPHONE (415) 421-9292

JOHN A. McGUINN
JOHN R. HILLSMAN
CLIFF PALEFSKY
DEREK B. JACOBSON
KEITH A. EHRMAN
CAROLYN A. LEARY
ABRAHAM FEINSTEIN-HILLSMAN

FAX (415) 403-0202

April 4, 2008

**Via email PJHpdf@cand.uscourts.gov and U.S. Mail**

Honorable Phyllis J. Hamilton
United States District Court
For the Northern District of California
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA 94102

Re:  **Tayler Bayer v. Neiman Marcus Holdings, Inc.**
     USDC Northern District of California Case No. CV 08-00480 PJH

Dear Judge Hamilton,

I am writing on behalf of the parties in the above captioned case to inform you that the parties have reached a settlement of the case. As soon as the terms of the settlement are executed we will be filing a Request for Dismissal.

Thank you for your consideration.

Very truly yours,

Cliff Palefsky

CP/lh

cc:  Denis Shanagher
     Counsel for Defendant