UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYLER BAYER,

        Plaintiff,                              No. C 08-0480 PJH

    v.                                  **ORDER OF DISMISSAL**

NEIMAN MARCUS HOLDINGS, INC.,

        Defendant.

_____/

       The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this case, IT IS HEREBY ORDERED that this action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

       The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

**IT IS SO ORDERED**.

Dated: April 9, 2008

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                     United States District Judge