Cliff Palefsky, Esq. (State Bar No. 77683)
Carolyn Leary, Esq. (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: 415-421-9292
Facsimile: 415-403-0202

Attorneys for Plaintiff
TAYLER BAYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLER BAYER,<br><br>    Plaintiff,<br><br>v.<br><br>NEIMAN MARCUS and DOES 1 through 10,<br><br>    Defendants. | Case No. C 08-0480 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

Dated: April 15, 2008          By: _____/s/_____
                                    Cliff Palefsky

|   |   |
|---|---|
| | LUCE FORWARD<br>Attorneys for Defendants |
| Dated: April 15, 2008 | By: _____/s/_____<br>Denis F. Shanagher |

IT IS SO ORDERED.

Dated: 4/18/08

**IT IS SO ORDERED**
*[signature]*
Judge Phyllis J. Hamilton
United States District Court, Northern District of California

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE